# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### ST LOUIS DIVISION

In Re:                                          Case No. 17-42455

Chanelle A E Blair                              Chapter 13

Debtor.                                         Judge Kathy A Surratt-States

---

## NOTICE OF CREDITOR CHANGE OF ADDRESS

---

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                              6-1
Last 4 Digits of Account Number:    8398

Current Address for Notices:              **NEW** Address for Notices (Effective Immediately):

Home Point Financial Corporation          Home Point Financial Corporation
11511 Luna Road, Suite 300                11511 Luna Road, Suite 300
Farmers Branch, TX 75234                  Farmers Branch, TX 75234

Phone:                                    Phone:
Email:                                    Email:

Current Address for Payments:             **NEW** Address for Payments (Effective Immediately):

Home Point Financial Corporation          Home Point Financial Corporation
PO Box 790309                             11511 Luna Road, Suite 300
St Louis MO 63179                         Farmers Branch, TX 75234

Phone:                                    Phone:
Email:                                    Email:

                                          Respectfully Submitted

                                          /s/ D. Anthony Sottile

                                          D. Anthony Sottile
                                          Authorized Agent for Creditor
                                          Sottile & Barile, LLC
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Jonathan Edward Brent, Debtors' Counsel
jb@lawbrent.com

Diana S. Daugherty, Chapter 13 Trustee
standing_trustee@ch13stl.com

Office of the United States Trustee
USTPRegion13.SL.ECF@USDOJ.gov

I further certify that on January 14, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Chanelle A E Blair, Debtor
131 Coburg
Saint Louis MO 63137

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com